FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

MAR - 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ALANA D. WAGNER )<br>  )<br>Debtor, )<br>_____ )<br>ALANA D. WAGNER )<br>  Appellant, )<br>  )<br>v. )<br>  )<br>BAC HOME LOAN SERVICING, LP, )<br>  )<br>  Appellee )<br>_____ | Case No. 3:10-cv-728-RCJ-VPC<br><br>**ORDER** |

Currently before the Court is a Motion to Withdraw Reference (#4) filed on January 3, 2011. The Court, having reviewed the motion and good cause appearing, DENIES the Motion to Withdraw Reference (#4).

IT IS SO ORDERED.

Dated: This 8th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE